UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. LOCKHART,<br>　　　　Plaintiff,<br>　　v.<br>ALAMEDA COUNTY COURT, et al.,<br>　　　　Defendants. | Case No. 19-cv-04055-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

　　　　Plaintiff Lockhart sent a letter to the Court complaining about several matters. Because a letter cannot initiate a legal action, the Court sent a Clerk's Notice advising him to file a complaint on the proper form by August 22, 2019. Plaintiff has failed to comply with the Clerk's Notice. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

　　　　Because this dismissal is without prejudice, plaintiff may move to reopen. Any such motion <u>must</u> contain a complaint on this Court's form.

　　　　The Clerk shall enter judgment in favor of defendants and close the file.

　　　　**IT IS SO ORDERED.**

**Dated:** September 4, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge